# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA

IN RE: **INTERIM HEALTHCARE OF SOUTHEAST LOUISIANA INC.**

CASE NO.:

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify that the attached list of creditors is true and correct to the best of his/her/their knowledge.

Date: 11/13/19

By: *Julia Burden*
_Julia Burden_

Ability
P.O. Box 856015
Minneapolis, MN 55485-6015

Absolute
P.O. Box 15465
Baton Rouge, LA 70895

Adams & Reese, LLP
701 Poydras St.
Suite 4500
New Orleans, LA 70139

Adams & Simmons
2700 Lake Villa Dr.
Suite 200
Metairie, LA 70002

Advanced Therapy Service
12 W. Augusta Lane
Slidell, LA 70458

Alford, Erin R.
71677 RIverside Dr.
Covington, LA 70433

Allstate
c/o Andrew Powell
4508 Clearview Pkwy. Ste 1b
Metairie, LA 70006

Antill, Jessica L.
71677 Riverside Dr.
Covington, LA 70433

Barefield, Anna
71677 Riverside Dr.
Covington, LA 70433

Barone, Jeanne M.
71677 Riverside Dr.
Covington, LA 70433

Brown, Marcia
71677 Riverside Dr.
Covington, LA 70433


Buhler, Florinda
71677 Riverside Dr.
Covington, LA 70433


Burden, Julia
71677 RIverside Dr
Covington, LA 70433


Burden, Julia
71677 Riverside Drive
Covington, LA 70433


Charter Communications
P.O. Box 742614
Cincinnati, OH 45274-2614


Cleco Corp.
P.O. Box 69000
Alexandria, LA 71306-9000


Clement Fire & Safety Co.
73225 Pruden Rd.
Covington, LA 70435


Colonial
P.O. Box 903
Columbia, SC 29202-0903


Conexis
P.O. Box 8363
Pasadena, CA 91109-8363


Covington Speech and Language Center
19317 N. 10th St.
Suite C
Covington, LA 70433


Credit Card Services
P.O. Box 94014
Palatine, IL 60094-4014

CSW, LLP Attorneys at Law
P.O. Box 931
Metairie, LA 70004-0931


Delta Dental
550 Boardwalk Blvd.
Bossier City, LA 71111


Deyta
1343 E. Kingsley St.
Suite A
Springfield, MO 65804


Doctor Exchange
19399 Helenbirg Rd.
Suite 1
Covington, LA 70433


Dyer & Company, LLC
1338 Gause Blvd.
Suite 201
Slidell, LA 70458


Entergy Louisiana, LLC
P.O. Box 8108
Baton Rouge, LA 70891-8108


Feiler, Yalonda S.
71677 Riverside Dr.
Covington, LA 70433


File Depot
218 Boston St.
Suite 1
Covington, LA 70433


First Bank
P.O. Box 2818
Omaha, NE 68103-2818


First Insurance Funding
P.O. Box 7000
Carol Stream, IL 60197-7000

Foundation Physical Therapy
48 Audobon Lake Dr.
Mandeville, LA 70471

Freeman, Derrick
2818 Annunciation St.
New Orleans, LA 70115-1102

Freeman, Kathleen E.
783 Claire Dr.
Mandeville, LA 70471

Guardian Computer
3500 Causeway Blvd.
Metairie, LA 70002

Gulf Coast Office Products
5801 River Oaks Rd. S.
New Orleans, LA 70123

Gunderman, Patrick
1614 S. Carrollton Ave.
New Orleans, LA 70118

Harris, Latanya T.
71677 Riverside Dr.
LA 70433

Houston Therapy
75 Burton Rd.
Poplarville, MS 39470-7529

Interim Healthcare, Inc.
1601 Sawgrass Corporate Parkway
Sunrise, FL 33323

IRS
P.O. Box 7346
Philadelphia, PA 19101

Jefferson Parish Water Department
P.O. Box 10007
New Orleans, LA 70181-0007

Kentwood Spring Water
P.O. Box 660579
Dallas, TX 75266-0579


Killeen, Elizabeth
106 Drury Lane
Slidell, LA 70460


Kindl, Brian
528 Baronne St.
Apt. 401
New Orleans, LA 70113


Klein, Katee N.
71677 Riverside Dr.
Covington, LA 70433


Knight, Thomas
71677 Riverside Dr.
Covington, LA 70433


Krajcer, Debbie
71677 Riverside Dr.
Covington, LA 70433


Leger, Samantha B.
71677 Riverside Dr.
Covington, LA 70433


Lococo, Kelly B.
71677 Riverside Dr.
Covington, LA 70433


Louisiana Department of Revenue
P.O. Box 66659
Baton Rouge, LA 70896


Mail Finance, Inc. d/b/a Neopost
Dept. 3682
P.O. Box 123682
Dallas, TX 75312-3682


Mailroom Finance, Inc. d/b/a Total Funds
P.O. Box 6813
Carol Stream, IL 60197-6813

Medline Industries
P.O. Box 121080
Dallas, TX 75312-1080


Mier, Lynn A.
71677 Riverside Dr.
Covington, LA 70433


Molero, Allan
71677 Riverside Dr.
Covington, LA 70433


Moore, Marissa C.
71677 Riverside Dr.
Covington, LA 70433


National Pen Co., LLC
P.O. Box 121080
Dallas, TX 75284-7203


Nguyuen, Linh T.
71677 Riverside Dr.
Covington, LA 70433


O'Hara, Katie A.
71677 Riverside Dr.
Covington, LA 70433


Office Depot
P.O. Box 633204
Cincinnati, OH 45263


Orkin
21151 Highway 36
Covington, LA 70433-8682


PIC1 Therapy Group, LLC
761 Rue Bourdeaux
Covington, LA 70433


Proforma
P.O. Box 640814
Cincinnati, OH 45264-0814

Ray, Angel
71677 Riverside Dr.
Covington, LA 70433


Robles, Jessica
71677 Riverside Dr.
Covington, LA 70433


Rodrigue, Nicole G.
71677 Riverside Dr.
Covington, LA 70433


S.E.C.
Miami Regional Office
801 Brickell Ave., Suite 1800
Miami, FL 33131


Sam's Club
P.O. Box 659783
San Antonio, TX 78265-9783


Secure Exchange Solutions
9600 Blackwell Rd.
Rockville, MD 20850


Sharps MD of LA, LLC
3003 Jean Lafitte Pkwy.
Chalmette, LA 70043


Smothers, Tracy
71677 Riverside Dr.
Covington, LA 70433


Southern Flex Rehabilitation & Consultin
2901 Ridgelake Dr.
Suite 107
Metairie, LA 70002


Speedway Printing III
1408 W. Thomas St.
Hammond, LA 70401


St. Tammany Maintenance, Inc.
37460 Hemlock Dr.
Pearl River, LA 70452

State Farm
Insurance Support Center
P.O. Box 588002
Hollywood, FL 33029-8002


Therapy Dynamics, LLC
207 Valiant Ln.
Slidell, LA 70458


Thompson, Ashley
71677 Riverside Dr.
Covington, LA 70433


TIAA Commercial Finance, Inc.
P.O. Box 911608
Denver, CO 80291-1608


Uniforms by Bayou
13488 Seymour Myers Blvd.
Covington, LA 70433


Verizon
P.O. Box 660108
Dallas, TX 75266-0108


Walker, Janet M.
71677 Riverside Dr.
Covington, LA 70433


Waste Management
P.O. Box 9001054
Louisville, KY 40290


White, Elizabeth
205 Highland Park Plaza
Covington, LA 70433


Wilhelm, Kelly
71677 Riverside Dr.
Covington, LA 70433


Wright MD
Touro Infirmary
1401 Foucher St.
New Orleans, LA 70115